IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY, | No. C 13-02855 WHA |
| Plaintiff, | |
| v. | |
| 1ST UNITED SERVICES CREDIT UNION, | **ORDER RE DOCKET NUMBER 6** |
| Defendant. | |

In August 2013, plaintiff filed a notice of voluntary dismissal (Dkt. No. 16). The Clerk closed the file. For the record, defendant's motion to dismiss, filed in July 2013, is **DENIED AS MOOT** (Dkt. No. 6).

**IT IS SO ORDERED.**

Dated: March 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE